AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Troy Burks, *Plaintiff* v. | ) ) ) ) ) | Civil Action No.    1:20-cv-03153-DCN |
| SC Dept of Corrections; Administrative Law Court, *Defendants* | | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Troy Burks, shall take nothing of the defendants, SC Dept of Corrections and Administrative Law Court, and this action is dismissed with prejudice.

This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge, presiding, affirming the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:   October 14, 2020                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                                                          s/L. Baker
                                                                          _____
                                                                          *Signature of Clerk or Deputy Clerk*